**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**

IN RE:
MALAGON SR., RAMIRO R.                )
                                      ) CASE NO. 09-25309
                                      )
                                      ) Chapter 7
                        Debtor(s)     )

# NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Comes now David R. DuBois and respectfully represents and shows:

1. I am the Trustee for the estate of the above-named Debtor(s), having been so appointed on 12/09/09.

2. That pursuant to the Distribution Summary, I made distribution to the persons named and in the amounts set out therein.

3. One of said checks, namely Check No. 101, dated 5/5/11 in the amount of $1,182.11 was mailed to the payee thereof, namely Community Hospital at P.O. Box 3602, Munster, IN 46321; said check has never been presented for payment and is therefore stale. Pursuant to §347 of the Bankruptcy Code, all unclaimed monies should be paid into the Court; and, accordingly, I am tendering herewith my Check No. 104 in said amount(s) payable to the Clerk, U.S. Bankruptcy Court.

Dated at Portage IN on September 15, 2011.

/s/David R. DuBois
David R. DuBois, Trustee and
Trustee's attorney, #4609-64
6226 Central Avenue, P.O. Box 14
Portage, IN 46368-0014
Telephone: (219)762-5574

**CERTIFICATE OF SERVICE**

I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:

United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
Matthew A. Selvagn, 55 E. Monroe St., Suite 3400, Chicago, IL 60603
MALAGON SR., RAMIRO R., 4829 OLCOTT AVE., , EAST CHICAGO, IN 46312
Community Hospital, P.O. Box 3602, Munster, IN 46321

Dated at Portage, IN on September 15, 2011.

/s/ David R. DuBois
David R. DuBois, Trustee